■ MARIE TRIPEPI, Respondent, v RICHARD OWENS, Appellant. [706 NYS2d 922] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Kirk, J. (Appeal from Judgment of Supreme Court, Herkimer County, Kirk, J.—Contract.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Scudder and Kehoe, JJ.

■ HENRY J. KUJAWA, Individually and as Councilman for Town of Webster, Appellant, v TOWN OF WEBSTER et al., Respondents. [706 NYS2d 663] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fisher, J. (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Dismiss Pleading.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt and Scudder, JJ.

■ KATHRYN LaDELFA et al., Respondents, v HAL E. AKYUZ et al., Defendants, and ST. MARY's HOSPITAL, Appellant. (Appeal No. 1.) [706 NYS2d 923] —Appeal unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Scudder and Kehoe, JJ.